# EXHIBIT B

# PROOF OF SERVICE

**James Boyd v. Lazer Spot, Inc.**
**Case No. 1:19-cv-08173**

I, the undersigned, declare as follows:

On November 17, 2020, I served the foregoing documents described as follows:

1. Plaintiff's Renewed First Set of Requests for Production of Documents to Defendant
2. Plaintiff's Renewed First Set of Interrogatories to Defendant
3. Renewed Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)
4. Plaintiff's Rule 26(a) Initial Disclosures

on all interested parties in this action addressed as follows:

Eric L. Samore
John C. Ochoa
SMITHAMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
esamore@salawus.com
jochoa@salawus.com

✓ By Electronic Mail on November 17, 2020, in Chicago, Illinois, I served the above-referenced documents on the above-stated addressees by electronic mail.

By depositing in U.S. Mail on November 17, 2020, at 100 N. Riverside Plaza, Chicago, IL 60606, I served the above-referenced documents on the above-stated addressees with proper postage prepaid.

By Facsimile on November 17, 2020, in Chicago, Illinois, I served the above-referenced documents on the above-stated addressees.

I declare under penalty of perjury that the above is true and correct.

Executed on November 17, 2020, in Chicago, Illinois.

    Respectfully Submitted,
    */s/ Megan E. Shannon*
    Ryan F. Stephan
    James B. Zouras
    Megan E. Shannon
    STEPHAN ZOURAS, LLP
    100 N. Riverside
    Suite 2150
    Chicago, Illinois 60601
    312.233.1550
    312.233.1560 f
    rstephan@stephanzouras.com
    jzouras@stephanzouras.com
    mshannon@stephanzouras.com