**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

James Boyd
                Plaintiff,

v.                                      Case No.: 1:19–cv–08173
                                                     Honorable Joan H. Lefkow

Lazer Spot, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 30, 2022:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's Motion to Compel Defendant's Answers to Interrogatories, the Production of Documents and the Appearance of Its Representative for Deposition Under Rule 37(a)(3)(B) [54] is granted in part. Defendant must provide answers to all outstanding discovery requests no later than 4/6/22. By agreement, Plaintiff will also respond to written discovery by 4/6/22. Amendments to pleadings or actions to join other parties must be filed by 5/26/22, and the fact discovery deadline is 7/26/22. Plaintiff's experts are to be disclosed by 8/26/22 and deposed by 9/26/22. Defendant's experts are to be disclosed by 10/26/22 and deposed by 11/28/22. All expert discovery, including any rebuttal experts, will close by 1/26/23. Plaintiff's motion for class certification must be filed by 8/26/22. The parties are to file a joint status report no later than 5/27/22. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.