### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

James Boyd
                       Plaintiff,

v.                                             Case No.: 1:19−cv−08173
                                                   Honorable Joan H. Lefkow

Lazer Spot, Inc.
                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 30, 2024:

       MINUTE entry before the Honorable Joan H. Lefkow: The court has reviewed the unopposed motion for final approval of class action settlement [215] and unopposed motion for approval of an attorney's fee to class counsel. The court is satisfied that the settlement is fair and equitable to members of the class and the subclass and that the attorney's fee of 33 percent of the settlement fund is reasonable. No class member has objected to or opted out of the proposed settlement. For these reasons the motions are granted. The parties are to prepare a proposed final order and submit it to proposed_order_lefkow@ilnd.uscourts.gov. The in−court hearing set for 1/31/2024 is cancelled. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.